United States District Court
Southern District of Texas
**ENTERED**
October 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADAN PRADO-SANCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-093 |
| | § | CRIMINAL NO. B-15-281-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's September 16, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 7]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted.  Therefore, it is ordered that Petitioner Adan Prado-Sanchez's § 2255 petition [Doc. No. 1] is denied, and the issuance of a certificate of appealability is denied.

Signed this 26th day of October, 2016.

_____
Andrew S. Hanen
United States District Judge